WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
MICHAEL R. MINGUET (204027)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: mminguet@wilsonturnerkosmo.com

Attorneys for Defendants
CARDINAL HEALTH 200, LLC and
CARDINAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ISSABBELL GARCIA, an individual, | Case No. 5:25-cv-3248 |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL R. MINGUET IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL** |
| v. | |
| CARDINAL HEALTH 200, LLC, a Delaware Company; CARDINAL HEALTH, INC., an Ohio company; FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive | [Removed from San Bernardino County Superior Court, Case No. CIVSB2530873] |
| | Complaint Filed: October 22, 2025 |
| Defendants. | |

I, MICHAEL R. MINGUET, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California, and I am a Senior Associate Attorney with Wilson Turner Kosmo LLP, attorneys for Defendants Cardinal Health 200, LLC and Cardinal Health, Inc. I am a member in good standing with the State Bar of California. I am over eighteen years of age. This declaration is submitted in support of Defendant Cardinal Health 200, LLC's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. sections 1332, 1441(a), and 1446. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently

-1-    Case No. 5:25-cv-3248

testify to their truth and accuracy.

2. A true and correct copy of Plaintiff's Complaint entitled *Issabbell Garcia v. Cardinal Health 200, LLC, et al.* filed in the Superior Court of the State of California, for the County of San Bernardino on October 22, 2025, bearing case number CIVSB2530873 is attached hereto and incorporated herein as **Exhibit A**.

3. The Complaint was served separately on Defendant Cardinal Health 200, LLC and Defendant Cardinal Health, Inc. through their registered agent for service of process on November 3, 2025, along with the following additional documents: Summons, Certificate of Assignment, and Civil Case Cover Sheet. Based on my review of the San Bernardino County Superior Court docket regarding this action, the Superior Court has also issued a Notice of Trial Setting Conference. A true and correct copy of each of these additional documents is attached collectively hereto and incorporated herein by reference as **Exhibit B**.

4. On December 2, 2025, Defendants Cardinal Health 200, LLC and Cardinal Health, Inc. filed and served their joint Answer to Plaintiff's Complaint in the Superior Court of the State of California, for the County of San Bernardino. A true and correct copy of Defendants Cardinal Health 200, LLC and Cardinal Health, Inc.'s filed joint Answer, with proof of service on Plaintiff, is attached hereto and incorporated herein by reference as **Exhibit C**.

5. At the time of filing this Notice of Removal, Defendant Francisco Gonzalez has not been properly served with the Complaint and has not appeared in this Action.

6. Defendant Cardinal Health, Inc. consents to and joins this removal. Other than Plaintiff, Defendants Cardinal Health 200, LLC, and Cardinal Health, Inc., no other parties have been properly served, and no other party has appeared in the Action.

///

///

7. Based on my review of the relevant pleadings and documents in this matter, **Exhibits A through C** attached hereto constitute all the process, pleadings, and orders that have been served in the Action.

8. Defendant Cardinal Health 200, LLC is timely filing this Removal within thirty (30) days after service of the Complaint on its agent for service of process and within one (1) year of the commencement of the Action.

9. I hereby certify that I will cause a copy of the Notice of Removal to be filed with the Clerk of the Superior Court of the State of California, for the County of San Bernardino and have notice of the same provided to Plaintiff's counsel of record.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and, if called as a witness, I could and would so testify.

Executed this 3rd day of December 2025, in Cerritos, California.

By: /s/ *Michael R. Minguet*
MICHAEL R. MINGUET

-3-   Case No. 5:25-cv-3248
DECLARATION OF MICHAEL R. MINGUET IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION | PAGE NOS. |
| --- | --- | --- |
| A | Plaintiff's Complaint entitled *Issabbell Garcia v. Cardinal Health 200, LLC, et al.* | **5-31** |
| B | Summons, Certificate of Assignment, Civil Case Cover Sheet, and Notice of Trial Setting Conference | **32-38** |
| C | Defendant Cardinal Health 200, LLC's and Defendant Cardinal Health, Inc.'s joint Answer, with proof of service on Plaintiff | **39-50** |