Docusign Envelope ID: 09538D11-D5B8-4B27-0803-0725B96F206C

WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
MICHAEL R. MINGUET (204027)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: mminguet@wilsonturnerkosmo.com

Attorneys for Defendants
CARDINAL HEALTH 200, LLC and
CARDINAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware Company; CARDINAL HEALTH, INC., an Ohio company; FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.   5:25-cv-3248<br><br>**DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVSB2530873]<br><br>Complaint Filed: October 22, 2025 |

I, LAURA GARZA, declare and state as follows:

1.  I am over the age of 18 and competent to testify. The following facts are based on my personal knowledge or based on my personal review of records kept in the course of regularly conducted business activities by Defendant Cardinal Health 200, LLC, and if called as a witness, I can and will competently testify hereto. I submit this declaration in support of the Notice of Removal.

2.  I am a Senior Paralegal for Cardinal Health and, in this role, I am familiar with Defendant Cardinal Health 200, LLC's and Defendant Cardinal Health, Inc.'s corporate structure and their executive, administrative, financial and management functions.

///

3. At the time the Complaint in this action was filed on October 22, 2025, and currently, Defendant Cardinal Health 200, LLC has at all times been a limited liability company organized under the laws of the State of Delaware with its headquarters located in Dublin, Ohio. The headquarters in Dublin, Ohio is where the majority of Cardinal Health 200, LLC's executive, administrative, financial and management functions are conducted, and from where the majority of its high-level officers direct, control, and coordinate the company's operations and activities. None of Defendant Cardinal Health 200, LLC's executive officers reside in the State of California. The sole member of Cardinal Health 200, LLC is Allegiance Corporation, which is a Delaware corporation with its principal place of business in Dublin, Ohio.

4. At the time the Complaint in this action was filed on October 22, 2025, and currently, Cardinal Health, Inc. has at all times been an Ohio corporation with its principal place of business in Dublin, Ohio, where the corporate officers direct, control, and coordinate the corporation's activities. The corporate officers of Cardinal Health, Inc. are based in Dublin, Ohio.

I declare under penalty of perjury, under the laws of the United States and State of California, that the foregoing is true and correct

Executed on December 2, 2025, at Dublin, Ohio.

Signed by:
*Laura Garza*
0209B86E3B864D4...
Laura Garza

-2- Case No.
DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL