| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | LOIS M. KOSCH (131859) |
| 2 | MICHAEL R. MINGUET (204027) |
| | 402 West Broadway, Suite 1600 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 4 | Facsimile: (619) 236-9669 |
| | E-mail: lkosch@wilsonturnerkosmo.com |
| 5 | E-mail: mminguet@wilsonturnerkosmo.com |

Attorneys for Defendants
CARDINAL HEALTH 200, LLC and
CARDINAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual, | Case No.   5:25-cv-3248 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | [Removed from San Bernardino County Superior Court, Case No. CIVSB2530873] |
| CARDINAL HEALTH 200, LLC, a Delaware Company; CARDINAL HEALTH, INC., an Ohio company; FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive | Complaint Filed:  October 22, 2025 |
| Defendants. | |

I, the undersigned, declare as follows:

I am employed with the law firm of Wilson Turner Kosmo LLP, whose address is 402 West Broadway, Suite 1600, San Diego, California 92101. I am over the age of eighteen and I am not a party to this action.

On December 3, 2025, I served the following document(s):

- **DEFENDANT CARDINAL HEALTH 200, LLC'S CIVIL COVER SHEET**

- **DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL**

- **DECLARATION OF MICHAEL R. MINGUET IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL; EXHIBITS A-C**
- **DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF REMOVAL**
- **DEFENDANT CARDINAL HEALTH 200, LLC'S CORPORATE DISCLOSURE STATEMENT**
- **DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF INTERESTED PARTIES**

The document(s) were served on the following and in the following manner:

Jonathan P. LaCour
Lisa Noveck
Jameson Evans
Amanda M. Thompson
EMPLOYEES FIRST LABOR LAW P.C.
1 S. Fair Oaks Ave., Suite 200
Pasadena, CA  91105
Tel: (310) 853-3461; Fax:  (949) 743-5442
E-mail:  jonathanl@pierrelacour.com
E-mail:  lisan@pierrelacour.com
E-mail:  jamesone@pierrelacour.com
E-mail:  amandat@pierrelacour.com

***Counsel for Plaintiff ISSABBELL GARCIA***

I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2025, at San Diego, California.

_Hope Allen_
Hope Allen

-2-                                      Case No. 5:25-cv-3248
CERTIFICATE OF SERVICE