1  WILSON TURNER KOSMO LLP
   LOIS M. KOSCH (131859)
2  MICHAEL R. MINGUET (204027)
   402 West Broadway, Suite 1600
3  San Diego, California  92101
   Telephone:  (619) 236-9600
4  Facsimile:  (619) 236-9669
   E-mail: lkosch@wilsonturnerkosmo.com
5  E-mail: mminguet@wilsonturnerkosmo.com

6  Attorneys for Defendants
   CARDINAL HEALTH 200, LLC and
7  CARDINAL HEALTH, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware Company; CARDINAL HEALTH, INC., an Ohio company; FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.   5:25-cv-3248<br><br>**DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVSB2530873]<br><br>Complaint Filed:  October 22, 2025 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned, counsel of record for Defendants Cardinal Health 200, LLC and Cardinal Health, Inc., certifies the following listed persons and entities, including parties, may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Issabbell Garcia has a direct, pecuniary interest in the outcome because she is the plaintiff who brought the action.

///

-1-                                                    Case No. 5:25-cv-3248

DEFENDANT CARDINAL HEALTH 200, LLC'S NOTICE OF INTERESTED PARTIES

2. Defendant Cardinal Health 200, LLC, a Delaware limited liability company, has a direct, pecuniary interest in the outcome because it is named as a defendant in this action.

3. Defendant Cardinal Health, Inc., an Ohio corporation, has a direct, pecuniary interest in the outcome because it is named as a defendant in this action.

4. Defendant Francisco Gonzalez, an individual, has a direct, pecuniary interest in the outcome because he is named as a defendant in this action.

Defendant is not currently aware of any other natural person or entity with any direct financial interest in this action and will supplement this information in the event it changes.

Dated: December 3, 2025         **WILSON TURNER KOSMO LLP**

By:   */s/ Lois M. Kosch*
LOIS M. KOSCH
MICHAEL R. MINGUET
Attorneys for Defendant
CARDINAL HEALTH 200, LLC and
CARDINAL HEALTH. INC.