WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
MICHAEL R. MINGUET (204027)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: mminguet@wilsonturnerkosmo.com

Attorneys for Defendants
CARDINAL HEALTH 200, LLC and
CARDINAL HEALTH, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware Company; CARDINAL HEALTH, INC., an Ohio company; FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive<br><br>        Defendants. | Case No.    5:25-cv-3248<br><br>**DEFENDANT CARDINAL HEALTH 200, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Removed from San Bernardino County Superior Court, Case No. CIVSB2530873]<br><br>Complaint Filed: October 22, 2025 |

///

///

///

///

///

///

///

///

///

///

-1-    Case No. 5:25-cv-3248

DEFENDANT CARDINAL HEALTH 200, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel, counsel of record for Defendant Cardinal Health 200, LLC, hereby certifies the following:

Cardinal Health 200, LLC is a limited liability company organized in the State of Delaware with its headquarters and principal place of business in Dublin, Ohio. The sole member of Cardinal Health 200, LLC is Allegiance Corporation, which is a Delaware corporation with its principal place of business in Dublin, Ohio. Cardinal Health 200, LLC is a wholly owned subsidiary of Cardinal Health, Inc.

Dated:    December 3, 2025          **WILSON TURNER KOSMO LLP**

By:    */s/ Lois M. Kosch*
LOIS M. KOSCH
MICHAEL R. MINGUET
Attorneys for Defendants CARDINAL HEALTH 200, LLC and CARDINAL HEALTH, INC.

DEFENDANT CARDINAL HEALTH 200, LLC'S CORPORATE DISCLOSURE STATEMENT