Jonathan P. LaCour, Esq. (SBN: 285098)
Lisa Noveck, Esq. (SBN: 316660)
Steven T. Gebelin, Esq. (SBN: 261507)
Jameson Evans, Esq. (SBN: 340954)
Amanda M. Thompson, Esq. (SBN: 347005)
**EMPLOYEES FIRST LABOR LAW P.C.**
1 S. Fair Oaks Ave., Suite 200
Pasadena, California 91105
Telephone:  (310) 853-3461
Facsimile:  (949) 743-5442
Email:            jonathanl@pierrelacour.com
                    lisan@pierrelacour.com
                    steveng@pierrelacour.com
                    jamesone@pierrelacour.com
                    amandat@pierrelacour.com

Attorneys for Plaintiff, ISSABBELL GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware Company, CARDINAL HEALTH, INC., an Ohio company, FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-3248-ODW(MARx)<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT PURUANT TO F.R.C.P. 15(a)(1) and FOR FIRST EXTENSION OF TIME TO RESPOND**<br><br>*[Filed Concurrently with [Proposed] Order; First Amended Complaint]*<br><br>[Removed from filed in the Superior Court of the State of California, for the County of San Bernardino on, bearing case number CIVSB2530873]<br><br>State Complaint Filed: October 22, 2025<br>State Complaint Answered: Dec. 2, 2005<br>Removed: December 3, 2025 |

Plaintiff ISSABBELL GARCIA ("Plaintiff") and Defendants CARDINAL HEALTH 200, LLC ("Cardinal 200"), a Delaware Company, CARDINAL HEALTH, INC. ("Cardinal Health") (together, "Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants removed the above-entitled action to this Court from the Superior Court of California, County of San Bernardino ("State Court") on December 3, 2025 [Dkt. No 1];

WHEREAS, Defendants filed their Answer to Plaintiff's Complaint on December 2, 2025 [Dkt. No 1-4];

WHEREAS, on December 8, 2025, Plaintiff initiated a meet and confer with Defendants regarding amending her Complaint "as a matter of course" as permitted by Federal Rule of Civil Procedure 15(a)(1)(B);

WHEREAS, on December 16, 2025, the Parties agreed to the filing of Plaintiff's Amended Complaint, without prejudice to Defendants' right to bring a motion to dismiss, motion to strike, motion for more definite statement, or any other motion pursuant to Federal Rule of Civil Procedure 12, and extending Defendants' time to respond to the Amended Complaint to allow sufficient time for Defendants to meet and confer on potential motions under Federal Rule of Civil Procedure 12, particularly in light of the upcoming holiday season;

WHERAS, in light of the meet and confer efforts, and in an effort to streamline the proceedings and avoid unnecessary law and motion, the Parties agreed to allow Plaintiff to file a First Amended Complaint;

NOW THEREFORE, PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff may file her First Amended Complaint;

2. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants hereby consent

to the filing of Plaintiff's First Amended Class Complaint without prejudice to their rights to respond, including bringing any motion pursuant to Federal Rule of Civil Procedure 12;

3. Defendants' time to respond to the First Amended Complaint will be extended from the 14 days from the filing of the First Amended Complaint set forth pursuant to Federal Rule of Civil Procedure 15(a)(3), and will instead be 30 days from the filing of the First Amended Complaint, which shall be made concurrently with this stipulation;

Dated: December 16, 2025           EMPLOYEES FIRST LABOR LAW P.C.

By  */s/ Steven T. Gebelin*
Steven T. Gebelin, Esq.
Jonathan P. LaCour, Esq.
Lisa Noveck, Esq.
Amanda M. Thompson, Esq.
Attorney for Plaintiff, ISSABBELL GARCIA

Dated: December 16, 2025           WILSON TURNER KOSMO LLP

By:  */s/   Michael R. Minguet*
LOIS M. KOSCH
MICHAEL R. MINGUET
Attorneys for Defendants CARDINAL HEALTH 200, LLC and CARDINAL HEALTH, INC.

## ATTESTATION

In compliance with L.R. 5-4.3.4(a)(2)(i), the filer of this document attests under penalty of perjury that counsel for Defendants has concurred in the filing of this document.

 */s/   Steven T. Gebelin*
Steven T. Gebelin