EMPLOYEES FIRST LABOR LAW
1 S. FAIR OAKS AVE., SUITE 200
PASADENA, CALIFORNIA 91105

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSABBELL GARCIA, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC, a Delaware Company, CARDINAL HEALTH, INC., an Ohio company, FRANCISCO GONZALEZ, an individual, and DOES 1 through 20, inclusive,,<br><br>  Defendants. | CASE NO. 5:25-cv-3248 **ODW(MARx)**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR FILING OF AMENDED COMPLAINT PURUANT TO F.R.C.P. 15(a)(1) and FOR FIRST EXTENSION OF TIME TO RESPOND**<br><br>*[Filed Concurrently with Stipulation; First Amended Complaint]*<br><br>[Removed from filed in the Superior Court of the State of California, for the County of San Bernardino on, bearing case number CIVSB2530873]<br><br>State Complaint Filed: October 22, 2025<br>State Complaint Answered: Dec. 2, 2005<br>Removed: December 3, 2025 |

UPON CONSENT AND STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff Issabbel Garcia ("Plaintiff") may file her First Amended Complaint;

2. Plaintiff's First Amended Complaint is deemed filed as of the date of this Order; and

3. Defendants CARDINAL HEALTH 200, LLC ("Cardinal 200") and CARDINAL HEALTH, INC.'s ("Cardinal Health") (together, "Defendants") deadline to plead or otherwise respond, including by Federal Rule of Civil Procedure 12 motion, to Plaintiff's First Amended Complaint is extended to 30 days from the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Otis D. Wright, II
United States District Court Judge